UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP -9 PM 3: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 05-20263-DP |
| vs. | ) | |
| | ) | |
| ERIC WASHINGTON | ) | |
| | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **ERIC WASHINGTON, DOB: 08/07/1981, BOOKING # 05127355**, now being detained in the Criminal Justice Center, 201 Poplar Ave., Memphis, TN, appear before the Honorable Diane K. Vescovo on Monday, September 12, 2005 @ 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this **9th** day of September, 2005.

_____
STEPHEN P. HALL
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, SHELBY COUNTY CRIMINAL JUSTICE CENTER, MEMPHIS, TN.

YOUR ARE HEREBY COMMANDED to have **ERIC WASHINGTON, DOB: 08/07/1981, BOOKING # 05127355**, appear before the Honorable Diane K. Vescovo at the date and time aforementioned.

ENTERED this _9th_ day of September, 2005.

_____
Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20263 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT