UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 05-20263-B |
| vs. ) | |
| ) | |
| ERIC WASHINGTON ) | |
| ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have ERIC WASHINGTON, DOB: 08/07/1981, RNI: 230565, SSN: 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, now being detained in the Criminal Justice Center, 201 Poplar Ave., Memphis, TN, appear before the Honorable J. Daniel Breen on December 21, 2005 @ 9:30 a.m. for Report and for such other appearances as this Court may direct.

Respectfully submitted this 8th day of November, 2005.

STEPHEN P. HALL
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, SHELBY COUNTY CRIMINAL JUSTICE CENTER, MEMPHIS, TN.

YOUR ARE HEREBY COMMANDED to have ERIC WASHINGTON, DOB: 08/07/1981, RNI: 230565, SSN: 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, appear before the Honorable J. Daniel Breen at the date and time aforementioned.

ENTERED this 8th day of November, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-8-05

(19)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20263 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT